IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20496
Summary Calendar
_____

GENE EDWARD HOWLAND,

Plaintiff-Appellant,

versus

TOMMY THOMAS,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-4827
- - - - - - - - - -
January 5, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

Gene Edward Howland, Texas state prisoner #763638, appeals from the district court's dismissal of his civil rights complaint. He argues that the district court abused its discretion by dismissing as frivolous his claims regarding the overcrowded conditions at the Harris County Jail, Howland's improper housing assignment while confined as a pretrial detainee, a retaliatory search conducted by a jail employee, inadequate medical treatment, and jail officials' failure to protect him from other inmates. He also argues that the district court abused its discretion by

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

denying his motion to amend his complaint and that he was denied an impartial proceeding because the district court was biased in favor of the defendant. We have reviewed the record and find no reversible error. Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the district court.

AFFIRMED.